**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6624

EDWIN REEVES HAZEL, III,

             Plaintiff - Appellant,

      v.

C. MCELVOGUE, Captain; K. SHULER, Officer,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Richard Mark Gergel, District
Judge.  (8:09-cv-03276-RMG)

Submitted: July 21, 2011              Decided:  July 26, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edwin Reeves Hazel, III, Appellant Pro Se.  Eugene P. Corrigan,
III, Harry V. Ragsdale, CORRIGAN & CHANDLER, LLC, Charleston,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Reeves Hazel, III, appeals the district court's judgment adopting the magistrate judge's recommendation and granting summary judgment in favor of the Defendants and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hazel v. McElvogue, No. 8:09-cv-03276-RMG (D.S.C. Apr. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2